1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    ALFRED MCZEAL,                          Case No.  24-cv-02971-LB

8              Plaintiff,

9        v.                                  **REFERRAL FOR PURPOSE OF**
                                             **DETERMINING RELATIONSHIP**
10   SOLON HOUSE, LLC, et al.,

11             Defendants.

12

13       Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

14   Honorable Kandis A. Westmore for consideration of whether the case is related to 4:23-cv-00297-

15   KAW McZeal v. Solon House, LLC et al.

16       **IT IS SO ORDERED.**

17   Dated: September 9, 2024

18                                           _____

19                                           LAUREL BEELER
                                             United States Magistrate Judge
20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California